# EXHIBIT C

# Willis Electric Co., Ltd.
# U.S. Patent No. 8,454,186
# Claim 15

Exemplary Evidence of Infringement
by Holiday Designs

# 10. A lighted artificial tree, comprising:






*Source*: Product Model Number 24HD24005

# [10.a] a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string,



*Source*: Product Model Number 24HD24005

**[10.a] a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string,**



*Source*: Product Model Number 24HD24005

## [10.a] a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string,





*Source*: Product Model Number 24HD24005

## [10.a] a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string,





*Source*: Product Model Number 24HD24005

## [10.a] a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string,



*Source*: Product Model Number 24HD24005

**[10.b] the first trunk portion having a first trunk body and a trunk connector, at least a portion of the trunk connector housed within the first trunk body and electrically connected to the first light string;**





*Source*: Product Model Number 24HD24005

# [10.b] the first trunk portion having a first trunk body and a trunk connector, at least a portion of the trunk connector housed within the first trunk body and electrically connected to the first light string;



*Source*: Product Model Number 24HD24005

# [10.b] the first trunk portion having a first trunk body and a trunk connector, at least a portion of the trunk connector housed within the first trunk body and electrically connected to the first light string;

## 2 Assembling the tree

- Place tree section C firmly into the stand (D) and secure in place with the eyebolt (E). Ensure tree section C is standing straight in the stand.
- Insert tree section B into the top of tree section C, followed by tree section A.
- Shape the tree sections to create the desired appearance for your tree. For example, shape some tips downward and some tips upward to give shape to your tree and to fill in any gaps – giving your tree a fuller and fluffier appearance.




*Source*: Use and Care Guide for Product Model Number 24HD24005

# [10.c] a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string,



*Source*: Product Model Number 24HD24005

# [10.c] a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string,



*Source*: Product Model Number 24HD24005

# [10.c] a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string,





*Source*: Product Model Number 24HD24005

## [10.c] a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string,





*Source*: Product Model Number 24HD24005

## [10.c] a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string,



*Source*: Product Model Number 24HD24005

**[10.d] the second trunk portion having a trunk body and a trunk connector, at least a portion of the trunk connector housed within the second trunk portion and electrically connected to the second light string; and**





*Source*: Product Model Number 24HD24005

## [10.d] the second trunk portion having a trunk body and a trunk connector, at least a portion of the trunk connector housed within the second trunk portion and electrically connected to the second light string; and







*Source*: Product Model Number 24HD24005

# [10.d] the second trunk portion having a trunk body and a trunk connector, at least a portion of the trunk connector housed within the second trunk portion and electrically connected to the second light string; and

## 2 Assembling the tree

- Place tree section C firmly into the stand (D) and secure in place with the eyebolt (E). Ensure tree section C is standing straight in the stand.
- Insert tree section B into the top of tree section C, followed by tree section A.
- Shape the tree sections to create the desired appearance for your tree. For example, shape some tips downward and some tips upward to give shape to your tree and to fill in any gaps – giving your tree a fuller and fluffier appearance.




*Source*: Use and Care Guide for Product Model Number 24HD24005

**[10.e] wherein the second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis at a rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis,**

2

1



*Source*: Product Model Number 24HD24005

**[10.e] wherein the second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis at a rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis,**

2

1



*Source*: Product Model Number 24HD24005

[10.e] wherein the second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis at a rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis,

2

1



*Source*: Product Model Number 24HD24005

**[10.e] wherein the second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis at a rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis,**

## 2 Assembling the tree

- Place tree section C firmly into the stand (D) and secure in place with the eyebolt (E). Ensure tree section C is standing straight in the stand.
- Insert tree section B into the top of tree section C, followed by tree section A.
- Shape the tree sections to create the desired appearance for your tree. For example, shape some tips downward and some tips upward to give shape to your tree and to fill in any gaps – giving your tree a fuller and fluffier appearance.




*Source*: Use and Care Guide for Product Model Number 24HD24005

**[10.e] wherein the second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis at a rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis,**



*Source*: Product Model Number 24HD24005

**[10.f] thereby causing the trunk connector of the first trunk portion to make an electrical connection with the trunk connector of the second trunk portion within an interior of the lighted artificial tree,**




*Source*: Product Model Number 24HD24005

# [10.f] thereby causing the trunk connector of the first trunk portion to make an electrical connection with the trunk connector of the second trunk portion within an interior of the lighted artificial tree,



*Source*: Product Model Number 24HD24005

**[10.g] the electrical connection being made independent of the rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis.**




*Source*: Product Model Number 24HD24005

# [10.g] the electrical connection being made independent of the rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis.

## 2 Assembling the tree

- Place tree section C firmly into the stand (D) and secure in place with the eyebolt (E). Ensure tree section C is standing straight in the stand.
- Insert tree section B into the top of tree section C, followed by tree section A.
- Shape the tree sections to create the desired appearance for your tree. For example, shape some tips downward and some tips upward to give shape to your tree and to fill in any gaps – giving your tree a fuller and fluffier appearance.








*Source*: Use and Care Guide; Product Model Number 24HD24005

# 15. The lighted artificial tree of claim 10, wherein the trunk connectors of the first and second tree portions form coaxial trunk connectors.





*Source*: Product Model Number 24HD24005